UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN PARKER SCRUGGS**                                                              PLAINTIFF

V.                                      4:23-cv-00166 JM

**MATTHEW DILLON FITZHUGH, in his individual
And official capacity; SCOTT STEELY, in his official
Capacity; and the CITY OF CABOT, ARKANSAS**          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 27th day of September, 2024.

_____
James M. Moody Jr
United States District